# JacksonLewis

Jackson Lewis P.C.
44 South Broadway, 14th Floor
White Plains NY  10601
(914) 872-8060 Main
(914) 946-1216 Fax
jacksonlewis.com

> REQUEST GRANTED.
> The Initial Pretrial Conference previously set for June 10, 2022 is rescheduled to July 12, 2022 at 2:00PM.  Parties are reminded to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.  Parties are directed to jointly submit, by one week prior to the conference, a proposed Case Management Plan and Scheduling Order consistent with the Court's individual practices.  Defendant's counsel is directed to notify Plaintiff of the new date and time for the initial conference.
>
> 6/9/2022
> SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

June 8, 2022

Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 701
New York, NY 10007

**Re:**   Asaf P. Guttman v. USIS Audio Visual, Inc.
<u>Case No.: 1:20-cv-09842 (LJL)</u>

Dear Hon. Lewis J. Liman:

We represent Defendant in the above referenced matter and respectfully request, after conferring with *pro se* Plaintiff Mr. Asaf Guttman, that the initial pretrial conference scheduled for June 10, 2022 be adjourned to a date convenient with the Court. Mr. Guttman has informed Defendant's counsel that he is unavailable on June 10, 2022 to attend the conference due to a scheduling conflict.

Counsel further respectfully requests to adjourn the conference for at least 30 days. This is the first request for an adjournment. Thank you for your attention to this matter.

Very truly yours,

Amanda B. Brody
(914) 872-6925 Direct
Amanda.Brody@jacksonlewis.com
Greg Riolo
(914) 872-6920 Direct
Greg.Riolo@jacksonlewis.com
Jackson Lewis P.C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ASAF P. GUTTMAN,

              Plaintiff,

   v.

                                     Civil Case No. 20-CV-09842(LJL)

USIS AUDIO VISUAL, INC.,

              Defendant.
-------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

This is to certify that true and correct copies of Defendant USIS AUDIO VISUAL, INC.'s Letter have been filed via ECF on June 8, 2022 and are being served via U.S. Mail on the 9th day of June, 2022 upon Plaintiff at the address set forth below:

                              Asaf P. Guttman
                            185 Broughton Avenue
                      Bloomfield, New Jersey 07003
                            *Plaintiff Pro Se*

                                                                _____
                                                                Amanda B. Brody