```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ASAF P. GUTTMAN,                                                   :
:
                Plaintiff,                         :
:    20-cv-9842 (LJL)
      -v-                                                          :
:    ORDER
:
USIS AUDIO VISUAL, INC.,                                           :
:
                Defendant.                         :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      An Initial Pretrial Conference was scheduled in this matter for July 12, 2022. Pro Se Plaintiff did not appear at the conference. Counsel appeared on behalf of the Defendant. As a result of Plaintiff not appearing, the conference was canceled. Counsel for Defendant represented to the Court that parties have reached a settlement. It is hereby ORDERED that the Initial Pretrial Conference is rescheduled to August 4, 2022 at 2:00 p.m. and will proceed remotely by telephone. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101. If parties file a notice of settlement or dismissal of the case prior to August 4, then the Court will cancel the initial conference.

      SO ORDERED.

Dated: July 18, 2022
       New York, New York
                                                          LEWIS J. LIMAN
                                                         United States District Judge