```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/9/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ASAF P. GUTTMAN,                                                   :
:
                          Plaintiff,                               :
:                         20-cv-9842 (LJL)
            -v-                                                    :
:                         ORDER
USIS AUDIO VISUAL, INC.,                                           :
:
                          Defendant.                               :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      An Initial Pretrial Conference in this matter was previously scheduled for July 12, 2022, Dkt. No. 22, but Plaintiff did not appear.  The conference was then rescheduled to August 4, 2022, Dkt. No. 26, and again, Plaintiff did not appear.

      It is hereby ORDERED that the Initial Pretrial Conference is rescheduled to August 18, 2022 at 3:00 p.m. and will proceed remotely by telephone. Parties are directed to dial in to the Court's teleconference line at 888-251-2909 and use access code 2123101.  Plaintiff is warned that if he fails to appear at the August 18, 2022 conference, his case may be dismissed due to his failure to prosecute the action.

      SO ORDERED.

Dated: August 9, 2022
      New York, New York                                  _____
                                                               LEWIS J. LIMAN
                                                        United States District Judge